UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY JAMES BIAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:22-cv-01589-LSC-JHE |
| SHERIFF MIKE HEAL, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

Plaintiff Jerry James Bias filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Docs. 5, 6). On October 21, 2024, the magistrate judge entered a report recommending the court dismiss this action under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 9). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** on November 20, 2024.

_____
L. Scott Coogler
United States District Judge

160704